UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KIRK WAYNE LABADIE,

      Plaintiff,                                        Case No. 2:14-CV-23

v.                                                       HON. ROBERT HOLMES BELL

DOUGLAS MITCHELL, *et al.*,

      Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 35) recommending that Defendants' Motion for Summary Judgment (ECF No. 26) be denied in part and granted in part. Plaintiff objects to the R&R in so far as it suggests that he did not provide witness statements, and he has filed a motion to supplement the record with witness statements. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

        **IT IS HEREBY ORDERED** that the Magistrate Judge's July 7, 2015, R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED IN PART** and **DENIED IN PART**.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion to Supplement (ECF No. 36) is **GRANTED.**

Dated: <u>August 17, 2015</u>                              /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE